IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LANCE C. MIGLIACCIO | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv153 |
| WARDEN VASQUEZ | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Lance C. Migliaccio, an inmate confined at the Federal Correctional Institution at Beaumon, Texas, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus challenging a federal criminal conviction and sentence.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court concludes the objections are without merit. Petitioner has failed to meet the requirements for challenging his conviction and sentence via a petition for writ of habeas corpus.

## ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered dismissing the petition.

**SIGNED** this the 15 day of **April, 2013.**

_____
Thad Heartfield
United States District Judge